# United States District Court
# For The Western District of North Carolina
# Asheville Division

Melissa D Coates ,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                              1:12-cv-00096

Michael J. Astrue,
Commissioner of Social Security ,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 9/13/12 Order of Remand.

                                              Signed: September 13, 2012

                                              *Frank G. Johns*
                                              Frank G. Johns, Clerk
                                              United States District Court