# United States District Court
# For The Western District of North Carolina
# Asheville Division

Melissa D Coates ,

    Plaintiff(s),                            JUDGMENT IN A CIVIL CASE

vs.                                                    1:12-cv-00096

Michael J. Astrue,
Commissioner of Social Security ,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 9/13/12 Order of Remand.

                                        Signed: September 13, 2012

                                        Frank G. Johns, Clerk
                                        United States District Court